### No. 13,420.

### Estate of Miller.

Begole, Administrator *v.* Smith, Administrator et al.
(46 P. [2d] 1116)

Decided May 27, 1935. Rehearing denied July 1, 1935.

Judgment affirmed en banc without written opinion. Mr. Justice Campbell and Mr. Justice Hilliard not participating.

Mr. S. Harrison White, Mr. Harry S. Silverstein, for plaintiff in error.

Mr. Harry N. Haynes, for defendants in error.